1
2
3
4
5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BARUA ANURUDDHA,<br><br>                    Petitioner,<br><br>        v.<br><br>ICE FIELD OFFICE DIRECTOR,<br><br>                    Respondent. | Case No. C20-447-RAJ-MLP<br><br>REPORT AND RECOMMENDATION |

Petitioner, who is currently detained by U.S. Immigration and Customs Enforcement at the Northwest ICE Processing Center in Tacoma, Washington, has filed an application to proceed *in forma pauperis* ("IFP") and a proposed petition for writ of habeas corpus under 28 U.S.C. § 2241. Petitioner's IFP application and his trust account statement show that he has over $500.00 in his account. (Dkt. ## 3, 3-3.)

While the Court recognizes that Petitioner's funds may not be great, it is not unreasonable to expect Petitioner to pay the minimal filing fee required to proceed with this action ($5.00) given the fact that his basic needs are provided for while he is detained. Accordingly, the Court recommends that Petitioner's application to proceed IFP (dkt. # 3) be

REPORT AND RECOMMENDATION - 1

1   DENIED, and that he be directed to pay the $5.00 filing fee to proceed with this action. A

2   proposed Order accompanies this Report and Recommendation.

3       Objections to this Report and Recommendation, if any, should be filed with the Clerk

4   within **twenty-one (21) days** of the date on which this Report and Recommendation is signed.

5   Failure to file objections within the specified time may affect your right to appeal. Regardless of

6   whether Petitioner files an objection, the matter will be ready for consideration by the District

7   Judge on **May 8, 2020**.

8       Dated this 13th day of April, 2020.

                                              MICHELLE L. PETERSON
                                              United States Magistrate Judge