1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BARUA ANURUDDHA,

                    Petitioner,

        v.

ICE FIELD OFFICE DIRECTOR,

                    Respondent.

Case No. C20-447-RAJ-MLP

ORDER GRANTING
APPLICATION TO PROCEED *IN
FORMA PAUPERIS*

        Having reviewed the Report and Recommendation of the Honorable Michelle L.

Peterson, United States Magistrate Judge, any objections or responses to that, and the

remaining record, the Court finds and **ORDERS**:

        (1)     The Report and Recommendation recommended that Petitioner Barua

Anuruddha's application to proceed *in forma pauperis* ("IFP") be denied because Mr.

Anuruddha failed to pay the $5.00 IFP filing fee;

        (2)     Since the entry of the Report and Recommendation, Mr. Anuruddha has

paid that filing fee (Dkt. # 7);

        (3)     The Court thus **DECLINES** to adopt the Report and Recommendation as

moot;

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1

1  (4)     Petitioner's application to proceed *in forma pauperis* (Dkt. # 3) is

2  **GRANTED**;

3  (5)     This matter is **RE-REFERRED** to Judge Peterson for further proceedings;

4  (6)     The Clerk is directed to send copies of this Order to Petitioner and to Judge

5  Peterson.

6  Dated this the 13th day of May, 2020.

7

8  _____

9  The Honorable Richard A. Jones
10  United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 2