1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BARUA ANURUDDHA,

                    Petitioner,

        v.

ICE FIELD OFFICE DIRECTOR,

                    Respondent.

Case No. C20-447-RAJ-MLP

ORDER OF DISMISSAL

Having reviewed the Report and Recommendation of the Honorable Michelle L.

Peterson, United States Magistrate Judge, any objections or responses to that, and the

remaining record, the Court finds and **ORDERS**:

(1)    The Court **ADOPTS** the Report and Recommendation.

(2)    The Government's motion to dismiss (Dkt. # 10) is **GRANTED**.

(3)    This action is **DISMISSED** without prejudice.

/ / /

/ / /

/ / /

/ / /

ORDER OF DISMISSAL - 1

1

(4)     The Clerk is directed to send copies of this Order to Petitioner and to Judge

2

Peterson.

3

Dated this the 28th day of August, 2020.

4

5

_____

6

The Honorable Richard A. Jones
United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

ORDER OF DISMISSAL - 2